UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. PELE SAPP

## PETITION FOR WRIT OF HABEAS CORPUS

1. Pele Sapp SBI# 296874C is now confined at the Essex County Jail.

2. Said individual will be required at Newark, New Jersey, before the Hon. Jose L. Linares, U.S. District Judge, on November 22, 2010, at 11:00 am, for an Arraignment Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: November 17, 2010

Frances Bajada
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 11/17/2010

Hon. Jose L. Linares, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:
WE COMMAND YOU that you have the body of

Pele Sapp SBI# 296874C ,

now confined at the Essex County Jail, brought before the United States District Court, the Hon. Jose L. Linares, U.S. District Judge, in the Martin Luther King, Jr. Courthouse in Newark, on November 22, 2010, at 11:00 am, in civilian clothes, so that he may appear for an Arraignment Hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Jose L. Linares
United States Magistrate Judge
Newark, New Jersey.

DATED: 11/17/10

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per
Deputy Clerk