PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Pele Sapp  Cr.: 10-00740-001
PACTS #: 59799

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/03/2011

Original Offense: 18:922G.; Unlawful Possession of a Firearm.

Original Sentence: 77 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 05/06/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the special supervision condition which states: **'ALCOHOL/DRUG TESTING AND TREATMENT; You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

On August 21, 2017, Sapp admitted both verbally and in writing via a self-admission form to taking two Percocet pills that were not prescribed to him.

U.S. Probation Officer Action:
Sapp was given a verbal reprimand and will be subject to an increase in random drug testing. In addition, this writer recommends presentation of this document to Pele Sapp as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

*Julie Chowdhury/nm*

By: Julie Chowdhury
U.S. Probation Officer
Date: 08/31/2017

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other: U.S. Probation Officer will present this document to the offender as a formal written reprimand, issued with the approval and under the authority of the United States District Court, AND, INCREASE RANDOM DRUG TESTING.

_____
Signature of Judicial Officer

9/6/17
Date